[Criminal No. 700. Filed February 24, 1930.]

[284 Pac. 1119.]

JIM K. NAKAMURA, Appellant, v. STATE, Respondent.

Messrs. Stockton & Perry and Mr. Thomas P. Riordan, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Appellant was convicted of assault with a deadly weapon. He appealed and caused the record of the case to be filed in this court on March 7th, 1929, but has done nothing since towards prosecuting his appeal. We have examined the record for fundamental error and find none.

The judgment is affirmed.